## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re:<br><br>MARC GIBRICK,<br><br>*Debtor.*<br><br>―――――――――――――――――――<br><br>KALCHEIM HABER, LLC<br><br>*Plaintiff,*<br><br>vs.<br><br>MARC GIBRICK,<br><br>*Defendant.* | CHAPTER 7<br>Case No. 19-15177<br><br><br><br><br><br><br>ADVERSARY PROCEEDING<br>Case No. _____ |

## COMPLAINT FOR DETERMINATION OF DISCHARGEABILITY
## OF DEBTS PURSUANT TO SECTIONS 523(a)(5) and (15)

Kalcheim Haber, LLC (the "Plaintiff"), by its undersigned counsel, Jamie L. Ross of Kalcheim Haber, LLC brings this action against the Defendant-Debtor, Marc Gibrick (the "Debtor"), seeking a determination that the debts and obligations owed by Debtor to Plaintiff are non-dischargeable pursuant to 11 U.S.C. §§523(a)(5) and (15) and Fed. R. Bankr. P. 7001(9).

### JURISDICTION AND VENUE

1. The court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. 1334 and Bankruptcy Code §523.

2. This case is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(I).

1

Case 19-15177   Doc 13   Filed 06/28/19   Entered 06/28/19 10:49:25   Desc Main
                        Document      Page 2 of 3

## FACTUAL BACKGROUND AND THE LAW

3. On May 28, 2019 the Debtor filed a petition for relief pursuant under Chapter 7 of the United States Bankruptcy Code in the Northern District of Illinois and was assigned Case No. 19-15177.

4. Plaintiff, Kalcheim Haber, LLC, is a creditor of the Debtor and is listed on Debtor's Schedule F as having a $5,000.00 obligation to such Plaintiff.

5. There is currently the sum of $6,743.46 (inclusive of judgment interest through June 27, 2019) owing to Kalcheim Haber, LLC representing legal fees for services rendered to Rona Gibrick and ordered to be paid by Marc Gibrick in a dissolution of marriage proceeding.

6. 11 U.S.C. §§523(a)(5) and (15) provide, in pertinent part:

> (a) A discharge under section 727…of this title does not discharge an individual debtor from any debt-
> \*   \*   \*
> (5) for a domestic support obligation;
> \*   \*   \*
> (15) to a spouse, former spouse, or child of the debtor and not of the kind described in paragraph (5) that is incurred by the debtor in the course of a divorce or separation agreement, divorce decree or other order of record, or a determination made in accordance with State or territorial law by a governmental unit;

7. Prior to November 4, 2014, Plaintiff, Rona Gibrick, was the spouse of the Debtor.

8. On November 4, 2014, the Circuit Court of Cook County, Illinois in Case No. 2014-D-986 (the "Divorce Proceeding") dissolved the marriage between Rona Gibrick, and the Debtor and entered a Judgment for Dissolution of Marriage, a true and correct copy of which is attached hereto as **Exhibit A** (the "Divorce Judgment").

9. On July 10, 2017, the Circuit Court of Cook County in the Divorce Proceeding entered an Order supplementing the Divorce Judgment, a true and correct copy of which is attached hereto as **Exhibit B** (the "Supplemental Order").

10. In accordance with the Supplemental Order, a judgment was entered in favor of Plaintiff and against Debtor in the amount of $12,000.00, representing an attorney fee award for services rendered to Rona Gibrick.

11. After all deductions and credits, the Debtor owes the Plaintiff $6,743.46 (inclusive of interest through June 27, 2019).

12. The debts and obligations owed to Plaintiff by the Debtor were decreed obligations by Debtor in connection with the parties' divorce either as a support obligation or as part of the property division of the parties upon the dissolution of their marriage.

13. By operation of law, as set forth in 11 U.S.C. §§523(a)(5) and (15), these obligations and debts are non-dischargeable.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, Kalcheim Haber, LLC, respectfully requests that this Court entered a Judgment determining that the debts and obligations owed to Plaintiff totaling $6,743.46 (inclusive of interest through June 27, 2019) arising from the terms of the Divorce Judgment and Supplemental Order are non-dischargeable; award Plaintiff their attorneys' fees and costs associated with this action to the extent authorized by law; and grant such other and further relief as is just, warranted and reasonable under the circumstances.

Dated: June 28, 2019                    Respectfully submitted,

                                        KALCHEIM HABER, LLC, Plaintiffs

                                    By: /s/ Jamie L. Ross
                                        Jamie L. Ross
                                        Kalcheim Haber, LLC
                                        134 North LaSalle Street, Suite 2100
                                        Chicago, Illinois 60602
                                        (312) 236-9445
                                        jross@kalcheimhaber.com

3